[Nos. 4448–1; 4449–1. Division One. April 4, 1977.]

THE CITY OF SEATTLE, *Respondent,* v. KENNETH LEE NELSON, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 70481, 70482, Lloyd W. Bever, J., entered

January 15, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Callow, J.